The parties' letter-motion requesting an adjournment of the February 10, 2021 Settlement Conference (ECF No. 44) is GRANTED and the Settlement Conference is ADJOURNED to **Thursday, April 15, 2021 at 2:00 pm** on the Court's conference line.  The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.  In the event the parties wish to proceed via a secure video-teleconference service, and are able to host, they may email the request and video conference details to Chambers at least one week before the scheduled conference.

The terms of the Court's Settlement Conference Scheduling Order (ECF No. 34) are incorporated by reference in this order.  The parties shall email the Court their Settlement Conference submissions by **Friday, April 9, 2021**.

The Clerk of Court is respectfully directed to set this conference as a settlement conference although it will take place by phone and to close ECF No. 44.

SO-ORDERED 2/8/2021

*Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

February 5, 2021

**VIA ECF**
The Honorable Sarah L. Cave
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
Courtroom 18A
New York, New York 10007-1312

       **RE: <u>Caro Capital LLC et al. v. Robert Koch et al.</u>, 1:20-CV-06153**

Dear Judge Cave:

      We represent Plaintiffs–Counterclaim Defendants in the above-captioned matter and write jointly with Defendants–Counterclaim Plaintiffs to request that the Court adjourn the telephonic settlement conference currently scheduled for February 10, 2021 at 2:00pm.

      While the Parties are proceeding with discovery in good faith, they have not yet exchanged documents, and therefore believe that it would be premature to burden the Court with a settlement conference. The Parties currently plan to exchange documents by early March and respectfully request that the Court reschedule the settlement conference for April 2021.

                                    Respectfully submitted,

                                    /s/ Kari Parks
                                  Kari Parks

cc: All Counsel of Record via ECF