UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARO CAPITAL, LLC, CARO PARTNERS, LLC, JUPITER WELLNESS, INC., BRIAN JOHN, and RICHARD MILLER,

    Plaintiffs,

-v-

ROBERT KOCH, BEDFORD INVESTMENT PARTNERS, LLC, KAIZEN ADVISORS LLC, and JOHN DOES 1–10,

    Defendants.

CIVIL ACTION NO.: 20 Civ. 6153 (LJL) (SLC)

**AMENDED SETTLEMENT CONFERENCE SCHEDULING ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

With the consent of the parties, the settlement conference scheduled for August 25, 2021 at 10:00 am (see ECF No. 65) is RESCHEDULED to **Tuesday, August 24, 2021 at 10:00 am** on the Court's conference line. The terms of the Court's Standing Order Applicable to Settlement Conferences (ECF No. 43) are incorporated by reference.

The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

Dated:    New York, New York
              June 23, 2021

                                      SO ORDERED.

                                      **SARAH L. CAVE**
                                      **United States Magistrate Judge**