# GUSRAE KAPLAN NUSBAUM PLLC
### ATTORNEYS AT LAW

**120 WALL STREET-25TH FLOOR**
**NEW YORK, NEW YORK 10005**

TEL (212) 269-1400
FAX (212) 809-4147

www.gusraekaplan.com

SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM
RYAN J. WHALEN

OF COUNSEL
ROBERT L. BLESSEY
HOWARD F. MULLIGAN

August 12, 2021

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
Courtroom 18A
500 Pearl Street
New York, New York 10007-1312

RE: <u>Caro Capital, LLC et al. v. Koch et al.</u>, No. 1:20-cv-06153-LJL

Dear Judge Cave:

We represent Plaintiffs–Counterclaim Defendants in the above-captioned action and write jointly with Defendants–Counterclaim Plaintiffs (together, the "**Parties**") in response to Your Honor's August 11, 2021 email. The Parties respectfully request that the Court adjourn the August 24, 2021 settlement conference to October 2021. Thank you.

Respectfully submitted,

/s/ Kari Parks
Kari Parks

---

The parties' letter-motion requesting an adjournment of the August 24, 2021 settlement conference (ECF No. 85) is GRANTED, and the settlement conference is ADJOURNED to **Wednesday, October 13, 2021 at 10:00 am** on the Court's conference line. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The terms of the Court's Standing Order Applicable to Settlement Conferences (ECF No. 43) are incorporated by reference, and the parties' settlement submissions are due no later than **Wednesday, October 6, 2021**.

The Clerk of Court is respectfully directed to close ECF No. 85.

SO ORDERED 8/13/2021

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge