# GUSRAE KAPLAN NUSBAUM PLLC
### ATTORNEYS AT LAW

**120 WALL STREET-25TH FLOOR**
**NEW YORK, NEW YORK 10005**

TEL (212) 269-1400
FAX (212) 809-4147

www.gusraekaplan.com

SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM
RYAN J. WHALEN

OF COUNSEL
ROBERT L. BLESSEY
HOWARD F. MULLIGAN

October 6, 2021

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
Courtroom 18A
500 Pearl Street
New York, New York 10007-1312

RE: <u>Caro Capital, LLC et al. v. Koch et al.</u>, No. 1:20-cv-06153-LJL

Dear Judge Cave:

We represent Plaintiffs–Counterclaim Defendants in the above-captioned action and write jointly with Defendants–Counterclaim Plaintiffs (together, the "**Parties**") to respectfully request that the Court adjourn the October 13, 2021 settlement conference to November 2021 because Defendants–Counterclaim Plaintiffs believe that they cannot make a settlement demand until they receive materials from certain financial institutions pursuant to outstanding subpoenas that they issued in early September 2021. The Parties thank the Court for its consideration of this request.

Respectfully submitted,

/s/ Kari Parks
Kari Parks

---

The parties' joint letter-motion requesting to adjourn the upcoming settlement conference (ECF No. 116) is GRANTED, and the settlement conference is ADJOURNED to **Monday, November 22, 2021 at 10:00 am** on the Court's conference line. The terms of the Court's Standing Order Applicable to Settlement Conferences (ECF No. 43) are incorporated by reference, and the parties' pre-conference submissions are due by **Tuesday, November 17, 2021**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.

The Clerk of Court is respectfully directed to set this conference as a settlement conference and to close ECF No. 116).

SO ORDERED 10/6/2021

SARAH L. CAVE
United States Magistrate Judge