SCOTT H. GOLDSTEIN
MARTIN H. KAPLAN
LAWRENCE G. NUSBAUM

> The parties' letter-motion requesting an adjournment of the November 22, 2021 settlement conference (ECF No. 120) is GRANTED, and the settlement conference is ADJOURNED to **Tuesday, March 22, 2022 at 2:00 pm on the Court's conference line**. The terms of the Court's Standing Order Applicable to Settlement Conferences (ECF No. 43) are incorporated by reference, and the parties' pre-conference submissions are due by **Wednesday, March 16, 2022**. The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time. The Clerk of Court is respectfully directed to set this conference as a settlement conference and to close ECF No. 120.
>
> SO ORDERED 11/17/2021
>
> /s/ Sarah L. Cave
> SARAH L. CAVE
> United States Magistrate Judge

**VIA ECF**
The Honorable Sarah L. Cave
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
Courtroom 18A
500 Pearl Street
New York, New York 10007-1312

    RE: <u>Caro Capital, LLC et al. v. Koch et al.</u>, No. 1:20-cv-06153-LJL

Dear Judge Cave:

    We represent Plaintiffs–Counterclaim Defendants in the above-captioned action and write jointly with Defendants–Counterclaim Plaintiffs (together, the "**Parties**") to respectfully request that the Court adjourn the November 23, 2021 settlement conference to March 2022. After timely exchanging settlement demands and responses, the Parties believe they remain much too far apart for next week's scheduled settlement conference to be a productive use of the Court's or the Parties' time and resources.

    Defendants–Counterclaim Plaintiffs also desire to adjourn the settlement conference because they still have not received materials from certain third-party financial institutions pursuant to outstanding subpoenas that they issued in early September 2021.

    The Parties thank Your Honor for considering their request.

                                                  Respectfully submitted,

                                                  /s/ Kari Parks
                                                  Kari Parks

cc: All Counsel of Record (via ECF)