```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                               :
CARO CAPITAL, LLC, CARO PARTNERS, LLC,                         :
JUPITER WELLNESS, INC., BRIAN JOHN, and                        :
RICHARD MILLER,                                                :
                                                               :      20-cv-6153 (LJL)
                         Plaintiffs,                           :
                                                               :         ORDER
           -v-                                                 :
                                                               :
ROBERT KOCH, BEDFORD INVESTMENT                                :
PARTNERS, LLC. KAIZEN ADVISORS LLC, and                        :
JOHN DOES 1-10,                                                :
                                                               :
                         Defendants.                           :
                                                               :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/25/2022

LEWIS J. LIMAN, United States District Judge:

      The Court held a conference in this matter today.  For the reasons stated on the record, Plaintiffs' motion for an extension of time to file a motion for summary judgment, Dkt. No. 128, is GRANTED in part and DENIED in part, and Plaintiffs' motion for sanctions, Dkt. No. 90, is DENIED.  A motion for summary judgment as to Defendants-Counterclaim Plaintiffs' unjust enrichment claim—limited to whether Jupiter Wellness, Inc. was unjustly enriched by Mr. Koch's actions—may be filed by April 15, 2022, any opposition must be filed by May 6, 2022, and any reply brief must be filed by May 20, 2022.

      It is further ORDERED that a trial shall proceed in this matter on November 14, 2022, in Courtroom 15C of the 500 Pearl Street Courthouse.  A final pretrial conference is scheduled for November 10, 2022 at 2:00 p.m., also in Courtroom 15C.  The joint pretrial order and any motions in limine must be submitted by October 21, 2022.

      The Clerk of Court is respectfully directed to close Dkt. Nos. 90 and 128.

SO ORDERED.

Dated: March 25, 2022
      New York, New York                                     LEWIS J. LIMAN
                                                                                         United States District Judge