UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

CARO CAPITAL, LLC, CARO PARTNERS, LLC, JUPITER WELLNESS, INC., BRIAN JOHN, and RICHARD MILLER,

        Plaintiffs,

v.

ROBERT KOCH, BEDFORD INVESTMENT PARTNERS, LLC, KAIZEN ADVISORS LLC, and JOHN DOES 1–10,

        Defendants.

No. 1:20-cv-6153 (LJL)

## STIPULATION OF SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL

**WHEREAS**, Plaintiffs–Counterclaim Defendants Caro Capital, LLC, Caro Partners, LLC, Jupiter Wellness, Inc., Brian John, and Richard Miller, and Defendants–Counterclaim Plaintiffs Robert Koch and Bedford Investment Partners, LLC have reached a settlement disposing of all claims asserted in the above-captioned proceeding;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for Plaintiffs–Counterclaim Defendants Caro Capital, LLC, Caro Partners, LLC, Jupiter Wellness, Inc., Brian John, and Richard Miller, and the undersigned attorneys of record for Defendants–Counterclaim Plaintiffs Robert Koch and Bedford Investment Partners, LLC, that the above-captioned

1

proceeding is voluntarily dismissed with prejudice, each party to bear his, her, or its own costs and attorneys' fees.

Dated: February 16, 2023
      New York, New York

GUSRAE KAPLAN NUSBAUM PLLC

_____
Martin H. Kaplan
Kari Parks
120 Wall Street, 25th Floor
New York, New York 10005
(212) 269-1400
mkaplan@gusraekaplan.com
kparks@gusraekaplan.com

*Counsel for Plaintiffs–Counterclaim Defendants*

DOVIN FICKEN LLC

_____
Edward J. Dovin
Christopher J. Moyen
3414 Peachtree Road NE
Suite 625, Monarch Plaza
Atlanta, Georgia 30326
(770) 829-3869
ejdovin@dovinficken.com
cjmoyen@dovinficken.com

*Counsel for Defendants– Counterclaim Plaintiffs*

SO ORDERED.

_____
Hon. Lewis J. Liman

Dated: _____
New York, New York

2